PROB 12C
(7/93)

2

ORIGINAL

# United States District Court

## for the

## Eastern District of Michigan

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: MESSINA, Jeffrey    Case Number: 00-CR-80581-01

Name of Sentencing Judicial Officer: Honorable Paul D. Borman

Date of Original Sentence: July 2, 2001

FILED
'10 MAY 11 P2 :23
U.S. DIST. COURT CLERK
EAST DIST. MICH.
DETROIT-PSG

Original Offense: Count 1: 21 U.S.C. §§ 846, 841(a)(1), Conspiracy to Possess With Intent to Distribute and to Distribute Marijuana and Cocaine

Original Sentence: Custody of the Bureau of Prisons for a term of 78 months followed by a term of five years supervised release, with the following special conditions: 1)The defendant shall participate in a program approved by the probation department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol. 2) The defendant shall pay any fine and special assessment that is imposed by the judgement. Criminal Monetary Penalties: $100.00 special assessment (paid), and $12,500.00 fine (current balance $5,992.04).

Violation Sentence: February 12, 2010; guilty of violating condition(s) of supervision. The following special condition(s) of supervision were added: 1) The defendant shall pay $500.00 monthly on his fine obligation by the 20th of each month. If he fails to make payments, the Court shall be notified. 2) The offender shall satisfy any outstanding fine balance prior to terminating from supervision on December 1, 2010.

Type of Supervision: Supervised Release    Date Supervision Commenced: December 2, 2005

Assistant U.S. Attorney: Kathryn McCarthy    Defense Attorney: Stacey Studnicki

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer believes that the offender has violated the following condition of supervision:

PROB 12C
(7/93)



| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Violation of Standard Condition No. 1: "THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR THE PROBATION OFFICER." |

On April 30, 2010, a telephone call was received from the United States Department of State Office of Legal Affairs, regarding notification that the offender had applied for a passport on April 29, 2010, in Mexico (enclosed). Records reflect that the offender was initially issued a passport on May 31, 2000, and it is due to expire on May 30, 2010. It should be noted that on numerous occasions, the offender has been instructed by your Honor and this writer to surrender his passport and he has reported that he could not locate it. According to the United States Department of State Office of Legal Affairs, records reflect that the offender's application for a new passport has not been granted due to the probation department's previous request to deny the offender a new passport and to be notified if he submits an application. The offender has not been informed that his request will be denied nor has he been informed that the probation department has been notified.

The offender has left the United States without the authorization of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2010

s/Patricia L. Battle
U.S. Probation Officer
(313) 234-5270

PLB/lt

THE COURT ORDERS:

[X] The issuance of a warrant
[ ] Other

Paul D. Borman
United States District Judge

5-11-10
Date